

**U.S. Department of Justice**

United States Attorney
*Western District of New York*

|  |  |
|---|---|
| *138 Delaware Avenue* | *(716) 843-5700* |
| *Buffalo, New York 14202* | *fax (716) 551-5563* |

August 22, 2023

*Via ECF*

Hon. John L. Sinatra, Jr.
United States District Court Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

      RE:    **United States of America v. One (1) Remington Arms Co. Model 14A, 35 REM caliber rifle, bearing serial no. C73727, et al.**
              23-MC-00030-JLS

Dear Judge Sinatra:

      On or about August 21, 2023, due to clerical error, this case was opened in error. The Stipulation to Extend Plaintiff's Time to file Complaint in Civil Forfeiture Action has been filed under the correct number 23-MC-2 and the extension was approved by the Court.

      Therefore, this miscellaneous civil matter may be closed.

      Should you have any questions and/or concerns, please do not hesitate to contact me at 716-843-5863.

      Thank you for your consideration in this regard.

                                                                    Very truly yours

                                                                    TRINI E. ROSS
                                                                    United States Attorney

                        BY:    s/Melanie J. Bailey
                                Melanie J. Bailey
                                Assistant United States Attorney
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York 14202
                                (716)-843-5700
                                Melanie.bailey@usdoj.gov

cc: Dominic Saraceno, Esq.